UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| SPENCER NEAL, | ) | CASE NO. 1:22-CV-00894 |
| | ) | |
| Plaintiff, | ) | JUDGE JANE M. BECKERING |
| | ) | |
| v. | ) | |
| | ) | |
| PAW PAW HOTEL LLC, | ) | **JOINT NOTICE OF SETTLEMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The parties are pleased to report that, on September 8, 2023, this matter has settled in all respects, including Plaintiff's claims for injunctive relief, damages, and reasonable attorney's fees, litigation expenses and costs. The parties are currently in the process of executing a finalized settlement agreement and release. Shortly thereafter, the parties will be filing a request for dismissal with prejudice. The parties request that all case deadlines, including the dispositive motion deadline of September 8, 2023, be held in abeyance pending the filing of a Stipulation of Dismissal.

Respectfully submitted,

THE MEEKER GROUP, LLC

**/s/ *COLIN G. MEEKER***
Colin G. Meeker (#0092980)
2991 Millboro Rd., Ste 101
Silver Lake, OH 44224
(330) 603-7173
TheMeekerGroup@outlook.com

Attorney for Plaintiff, Spencer Neal

1

Respectfully submitted,

**/s/ *CHARLES J. GERLACH***
Charles J. Gerlach

Attorney for Defendant, Paw Paw Hotel LLC

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served via the Clerk's electronic filing system to all interested parties on this 12th day of September, 2023.

Respectfully submitted,

THE MEEKER GROUP, LLC

**/s/ *COLIN G. MEEKER***
Colin G. Meeker (#0092980)
2991 Millboro Rd., Ste 101
Silver Lake, OH 44224
(330) 603-7173
TheMeekerGroup@outlook.com

Attorney for Plaintiff, Spencer Neal

2