UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SPENCER NEAL,

    Plaintiff,

v.

                                          Case No. 1:22-cv-894

PAW PAW HOTEL LLC,                        HON. JANE M. BECKERING

    Defendant.
_____/

**ORDER**

This Court having been informed through the filing of the Joint Notice of Settlement (ECF No. 30) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Jane M. Beckering, United States District Judge, shall be filed with the Court no later than October 10, 2023.

Dated: September 12, 2023                              /s/ Jane M. Beckering
                                                                               JANE M. BECKERING
                                                                               United States District Judge